IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMES J. KURYLO,                        :
                                        :          CIVIL ACTION
        v.                              :
                                        :          NO.  17-00004
PARKHOUSE NURSING AND REHAB.            :
CTR., LP                                :


## ORDER

AND NOW, this 3rd day of April, 2017, upon consideration of defendant Parkhouse

Nursing and Rehab Center, LP's motion for partial dismissal of plaintiff's complaint, Dkt. No. 5,

and plaintiff's response, Dkt. No. 8, it is ORDERED as follows:


1.    With respect to plaintiff's claims of discrimination under the Americans With
      Disabilities Act and the Pennsylvania Human Relations Act, set forth in Counts
      III and IV of the complaint respectively, the Motion is GRANTED.  To the extent
      Counts III and IV set forth claims of discrimination, they are DISMISSED WITH
      PREJUDICE.

2.    With respect to plaintiff's claims of retaliation under the Americans With
      Disabilities Act and the Pennsylvania Human Relations Act, also set forth in
      Counts III and IV of the complaint respectively, the Motion is DENIED.


                                  __/s Thomas N. O'Neill, Jr._____
                                  THOMAS N. O'NEILL, JR., J.